IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DIANE L. HOLBROOK, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:09cv745-MHT |
| ) | |
| CASTLE KEY INSURANCE ) | |
| COMPANY, etc., et al., ) | |
| ) | |
|     Defendants. ) | |

OPINION

Plaintiff filed this lawsuit asserting, as best the court can guess, that a number of public officials have ignored her.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of October, 2009.

                   /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE